IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN L. CHILD, INDIVIDUALLY
AND AS A MEMBER OF THE CLARK
COUNTY SCHOOL DISTRICT BOARD
OF TRUSTEES, AND AS AN
INDIVIDUAL,
          Appellant,
       vs.
CLARK COUNTY SCHOOL DISTRICT,
A POLITICAL SUBDIVISION OF THE
STATE OF NEVADA; AND JOHN
VELLARDITA, AS THE CLARK
COUNTY EDUCATION ASSOCIATION
EXECUTIVE DIRECTOR, AND AS AN
INDIVIDUAL,
          Respondents.

No. 78664

FILED

FEB 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a special motion to dismiss. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

On October 30, 2019, this court entered an order reinstating the briefing schedule because the parties were unable to reach a settlement. Pursuant to that order the transcript request form was due by November 13, 2019, and the opening brief and appendix were due by January 28, 2020. To date appellant has not filed the documents or otherwise communicated with this court. Respondent Clark County School District has filed a motion to dismiss the appeal based on appellant's failure to adhere to any of the

20-08086

filing deadlines. Appellant has not responded. Accordingly, this court concludes that appellant has abandoned this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Stephen E. Haberfeld, Settlement Judge
       Mueller & Associates
       Marquis Aurbach Coffing
       Law Office of Daniel Marks
       Eighth District Court Clerk